### UNITED STATES v. WHITE.

(District Court, D. Montana. August 30, 1901.)

#### No. 47.

PUBLIC LANDS—UNLAWFUL INCLOSURE—SUIT TO ENJOIN.

　　A bill against a defendant, under the statute for unlawfully fencing in portions of the public domain within a state, is not sustained by evidence showing that the land inclosed when surveyed will fall within section 15, which is within a railroad grant, and section 16, which is a school section owned by the state.

In Equity. Suit to compel removal of fence from public lands.

Wm. B. Rodgers, U. S. Atty.

F. Adkinson, for defendant.

KNOWLES, District Judge. In this case it appears from the evidence that a large portion of the land inclosed by the defendant was parts of section 16, or what will be section 16 when surveyed, and section 15 when surveyed. The first mentioned section is a school section, and the latter is a section of land embraced within the grant to the Northern Pacific Railroad Company. Neither of these two sections can be classed as a part of the public domain. The complaint, therefore, that the defendant had unlawfully inclosed or fenced up portions of the public domain cannot be sustained. The judgment of the court is that the bill herein be dismissed.